EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG  #5111
Assistant U.S. Attorney

PAUL T. MARKLAND
Special Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2105
Facsimile: (808) 541-2101
Email: Paul.T.Markland@uscg.mil

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 3 2006

at 11 o'clock and 10 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. CR06-00092 KSC |
|---|---|
| Plaintiff, | ) |
| vs. | ) INFORMATION |
| PATRICK W. KNOUSE, | ) 18 U.S.C. § 113(a)(5) |
| Defendant. | ) |

INFORMATION

The United States Attorney charges that:

On or about September 16, 2005, PATRICK W. KNOUSE, defendant herein, did assault David J. Bryant by picking him up and throwing him over the bar at a place within the special

maritime and territorial jurisdiction of the United States, to wit, U.S. Coast Guard Air Station Barbers Point Hideaway Club.

All in violation of Title 18, United States Code, Section 113(a)(5).

DATED:    FEB 2 2 2006   , at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Marshall Silverberg
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

By /s/
PAUL T. MARKLAND
Special Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

United States v. Patrick W. Knouse
Cr. No.
"Information"

2